IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

SHAMAR ANDERSON,

Defendant.

24-CR-6087-FPG

**INFORMATION**
(Felony)

**Violations:**
21 U.S.C. § 846
18 U.S.C. § 924(c)(1)(A)(i)

(2 Counts and 2 Forfeiture Allegations)

## COUNT 1

(Narcotics Conspiracy)

The United States Attorney Charges That:

Between in or about November 2023, and on or about January 17, 2024, the exact dates being unknown to the United States Attorney, in the Western District of New York, and elsewhere, the defendant, **SHAMAR ANDERSON**, did knowingly and intentionally combine, conspire, and agree with others, known and unknown to the United States Attorney, to commit the following offenses, that is, to possess with intent to distribute, and to distribute, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**All in violation of Title 21, United States Code, Section 846.**

## COUNT 2

### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

**The United States Attorney Further Charges That:**

On or about January 17, 2024, in the Western District of New York, the defendant, **SHAMAR ANDERSON**, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 846, committed in the manner set forth in Count 1 of this Information, the allegations of which are incorporated herein by reference, did knowingly possess a firearm.

**All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).**

## FIRST FORFEITURE ALLEGATION

### The United States Attorney Alleges That:

Upon conviction of Count 1 of the Information, the defendant, **SHAMAR ANDERSON,** shall forfeit to the United States any and all property constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violations and any and property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including, but not limited to:

**CURRENCY:**

    a.   The sum of $1,053.00 United States currency seized on or about January 17, 2024; and

    b.   The sum of $404.00 United States currency seized on or about January 17, 2024.

**All pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2).**

2

## SECOND FORFEITURE ALLEGATION

### The United States Attorney Further Alleges That:

Upon conviction of any and all Counts of the Information, the defendant, **SHAMAR ANDERSON**, shall forfeit to the United States, all of his right, title and interest in any firearms and ammunition involved in or used in the commission of the offense, and found in the possession and/or under the immediate control of the defendant at the time of arrest including, but not limited to, the following:

**FIREARMS AND AMMUNITION:**

a. One (1) 25 Auto (6.35mm) caliber, Phoenix Arms HP25A semi-automatic pistol, bearing serial number 4580118, seized on January 17, 2024, from 96 Angle Street, Rochester, New York; and

b. Seven (7) rounds of .25 caliber ammunition seized on January 17, 2024, from 96 Angle Street, Rochester, New York.

**All pursuant to Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED: Rochester, New York, June 20, 2024.

                              TRINI E. ROSS
                              United States Attorney

BY: _____
      ROBERT A. MARANGOLA
      Assistant United States Attorney
      United States Attorney's Office
      Western District of New York
      100 State Street, Suite 500
      Rochester, NY 14614
      585/263-6760
      Robert.marangola@usdoj.gov